UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-CV-07014-SVW-KS Date: October 27, 2026

Title *Ivory Curtis Taylor v. California State Prison Los Angeles County et al.*

Present: The Honorable: Karen L. Stevenson, Chief United States Magistrate Judge

| | |
|---|---|
| **A. Nelson for K. Hays** | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On June 24, 2026, Plaintiff Ivory Curtis Taylor, a California inmate proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint against the California State Prison for Los Angeles County ("CSP-LAC"), and Leanna Lundy, who was ostensibly the Warden at CSP-LAC at the time the Complaint was filed. (Dkt. No. 1 at 1, 3.) Plaintiff sues Lundy in both her individual and official capacities.[1] (Dkt. No. 1.)

On September 8, 2026, the Court dismissed the Complaint with leave to amend and set a deadline of 30 days for Plaintiff to file a First Amended Complaint ("FAC"). (Dkt. No. 9 at 7.) The Court also warned Plaintiff in bold letters that the "failure to timely comply with this Order may result in a recommendation of dismissal." (*Id.* at 8.)

To date, Plaintiff has not filed an FAC.

Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to comply with the Court's September 8, 2026, Order pursuant to Rule 41(b) of the Federal

[1] The Court stated in its September 8, 2026 Order:

> The caption page on the Court's CM-ECF docketing system also lists "Ann Waren" as a separate defendant. However, in the body of the Complaint, Plaintiff lists only one defendant and appears to be using all of the provided names to refer to a single individual. (Dkt. No. 1 at 3 ("CSP-LAC 'Miss Ann' Warden Mrs. Leanna Lundy.").) The Court construes the Complaint to include only one individual defendant and orders the additional defendant listed on CM-ECF, "Ann Waren," to be dismissed from this action.

(Dkt. No. 9.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-07014-SVW-KS Date: October 27, 2026

Title *Ivory Curtis Taylor v. California State Prison Los Angeles County et al.*

Rules of Civil Procedure, which provides that an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."

However, in the interest of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before November 30, 2026**, why the Court should not recommend that the action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff's response to this Order to Show Cause must include either:

(1) a request for an extension of time to file his FAC accompanied by a sworn declaration **that establishes good cause** for both Plaintiff's failure to timely file the FAC and his need for additional time; *or*

(2) a complete, **signed** FAC that fully complies with the Local Rules, Federal Rules of Civil Procedure, and this Court's orders, most notably the Court's September 8, 2026, Order dismissing the Complaint with leave to amend.

Alternatively, if Plaintiff concludes he is currently unable to comply with the deadlines necessary for prosecuting this action, Plaintiff may discharge this Order and dismiss this case without prejudice by filing a signed document entitled a "Notice of Voluntary Dismissal" requesting the voluntary dismissal of the action without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**Plaintiff is expressly cautioned that the failure to respond to this Order WILL result in a recommendation of dismissal based on Rule 41 of the Federal Rules of Civil Procedure.**

**IT IS SO ORDERED.**

N/A

**Initials of Preparer** an